PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
## _____ DIVISION

United States Courts
South___ District of Texas
FILED

NOV 24 2025

Nathan Ochsner, Clerk of Court

Rashad Bell 01742944
_____
Plaintiff's Name and ID Number

Estelle unit 264 Fm 3478 Huntsville Tx 77320
_____
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

Lori McBride Estelle unit 264 Fm 3478 Huntsville Tx 77320
_____
Defendant's Name and Address

Giriraj Ravichandran Estelle unit 264 Fm 3478 Huntsville Tx 77320
_____
Defendant's Name and Address

University of Texas Medical Branch Estelle unit 264 Fm 3478 Huntsville Tx 77320
_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? √ YES ___ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: March 2025
      2. Parties to previous lawsuit:
         Plaintiff(s) Rashad Bell
         Defendant(s) Warden Monroe Newton, LT London
      3. Court: (If federal, name the district; if state, name the county.) _____
      4. Cause number: _____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) dismissed
      7. Approximate date of disposition: _____

Rev. 05/15

II.  PLACE OF PRESENT CONFINEMENT: Estelle unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Rashad Roy Bell
Estelle unit 264 FM 3478 Huntsville Tx 77320

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lori McBride Physical Therapist, Estelle unit 264 Fm 3478 Huntsville Tx 77320
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied physical therapy from July 2024 to October 2025 putting my health in danger

Defendant #2: Giraraj Ravichandra, Physical Therapist, Estelle unit 264 Fm 3478 Huntsville Tx 77320
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Denied physical therapy from July 2024 to October 2025 putting my health in danger

Defendant #3: University of Texas Medical Branch Estelle unit 264 FM 3478 Huntsville Tx 77320
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
In July 2024 Dr. Ho from Poiunsky unit sent me to Estelle never had physical therapy. Also not a 24 hour medical, denied medical attention

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was shipped to Estelle unit for physical therapy Aug of 2024, to the date I havent had no physical therapy. I have filed sick calls and been referreled by Doctors to no avail to date, not one time but 4 times I was recommended to physical therapy. I have filed a step1 and step2 pertaining the malpractice thats going on. Lori Mcbride the physical therapist on Estelle unit 264 Fm 3478 Huntsville Tx 77320 Giriraj Ravichandran, physical therapist Estelle unit 264 Fm 3478 Huntsville Tx 77320 UTMB Estelle unit 264 Fm 3478 Huntsville Tx 77320 Its been over 14 months and I havent been to physical therapy and my health is worsening I am suffering physically and mentally. The step2 was not properly investigated or signed off with signature. My life is in danger health wise.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Filing a lawsuit for pain and suffering emotional distress and physical stress in the amount of $100,000 and to be shipped to another medical unit for therapy, life in danger medical malpractice

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Scoota

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

01567813, 1742944

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?    ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: <u>Oct 28, 2025</u>
              DATE

_Rashad Bell_

_Rashad Bell_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this <u>28</u> day of <u>October</u>, 20 <u>25</u>.
            (Day)              (month)              (year)

_Rashad Bell_

_Rashad Bell_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

# Texas Department of Criminal Justice

Southern District of Texas
FILED
NOV 24 2025
Nathan Ochsner, Clerk of Court

## STEP 1
## INMATE GRIEVANCE FORM

Med. call HS-D-215B

**OFFICE USE ONLY**

Grievance #: 2025124980
Date Received: 24 JUL 2025
Date Due: 09/07/25
Grievance Code: 676
Investigator ID #: I3059
Extension Date: _____
Date Retd to Inmate: 08 AUG 2025

Inmate Name: Rashad Bell      TDCJ# 01742944
Unit: Estelle      Housing Assignment: HS-D2-15B
Unit where incident occurred: Estelle unit

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Medical      When? 3-6 months
What was their response? No no Non Response
What action was taken? Nope

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 7.14.25 I wrote medical about my current condition. I was shipped to Estelle unit prior ambulance from ~~Pasa~~ July 24, 2025. Its in the computer per the Doctor who recommended me. My weakness and pain is worsening and my health is in jeopardy. I was referred two times by Physicians and yet to date I havent been to RMF. I was sent to Estelle unit for physical therapy that I have yet to get and its been nearly a year since my arrival and the medical treatment department ~~and thats new~~ is overlooking the serious of my medical condition. Medical is neglecting my conditions and that is revolving to my family getting envolved. My leg is tighten without physical therapy and the pain is intense and medical is overtaking my conditions and the sick call I put in has no results. Ive been waiting patiently to be put on the list but yet medical has not done their job and submitted the paper work I was ordered and sent to Estelle unit

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM      (OVER)**

for medical reasons such as physical therapy by a physican and yet the needs havent been met and my visits to the infirmary hasnt resulting in helping me.

**Action Requested to Resolve Your Complaint.**
Emergency shipment to a unit thats going to give me the therapy treatment I need.

Inmate Signature: Rochad Bell                    Date: 7-17-25

**Grievance Response:**

Review of your chart shows that you were seen by PT back in 2024 and released. You have not been referred since then. You have missed several appointments due to no escorts. We continue to have meetings with security on the importance of getting patients to their appointments. You have been rescheduled to see the provider.

Jamie Williams, Sr. Business Manager.

Signature Authority: Jamie Williams  S. Business Mgr.    Date: 7-31-25

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language.
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**
Initial Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____
2nd Submission            UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____
3rd Submission            UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____

ACCEPT AS ORIGINAL

**Texas Department of Criminal Justice**

# STEP 2 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2025124980 |
| UGI Recd Date: | AUG 15 2025 |
| HQ Recd Date: | AUG 18 2025 |
| Date Due: | 9-29-25 |
| Grievance Code: | 676 |
| Investigator ID#: | 10352 |
| Extension Date: | |

Offender Name: Rashad Bell   TDCJ # 01742944
Unit: Estelle Unit   Housing Assignment: H5-D2-15
Unit where incident occurred: Estelle Unit

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Reason #1 Estelle has no 24 hour medical staffing and that's a P.D. 22 rule violation, serious injury permanent disfigurement or protected loss or impairment of the function of any bodily member or organ. Due to the lack of escorts I have missed several appointments and pain is surging. I have been recommended by an orthopedic specialist for physical therapy 3 different times as stated and documented in the computer. The seriousness of my health is not being taken serious. I have not seen a pain specialist and is not receiving the proper medication showing Estelle medical malpractice. It states in step 1 that I was seen and released but I have never been to physical therapy and the metal rod in my leg is causing sever pain and weakning of the right leg making it hard for me to walk. Estelle is not provided medical assistance and my health is worsening. I am not receiving the medical treatment thats required Rule book violation 23 mistreament of offenders - unauthorized denial of privileges and entitlements. Please have UTMB ship me to medical unit that will take my health serious.

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

_____

_____

_____

Offender Signature: Rashad Bell _____     Date: 8-14-25 _____

Grievance Response:
    A review of the medical grievance and documentation has been completed regarding your medical complaint you need to be housed on a unit which will provide the treatment you are needing such as physical therapy (PT).

    An appellate review of the medical grievance and clinical record indicates the response at Step 1 is appropriate. Upon further review of your electronic health record (EHR), the documentation indicates you submitted a sick call request (SCR) on 07/20/2025 regarding PT; however, due to a unit lockdown your appointment with the provider was canceled. Please submit an SCR to visit with the provider to discuss your options regarding PT. The documentation indicates you have not been denied or delayed in your access to care (ATC) as per Correctional Managed Health Care (CMHC) Policy A-01.1.

    Further review indicates you did not attempt an informal resolution of your medical concern with a supervisory staff member. Please see CMHC Policy A-12.1, Attachment A, regarding getting medical treatment. No further action is warranted through the grievance process.

    STEP II MEDICAL GRIEVANCE PROGRAM
    OFFICE OF PROFESSIONAL STANDARDS                   08/26/2025
    TDCJ HEALTH SERVICES DIVISION

Signature Authority: _____     Date: _____

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

**Initial Submission**       CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
  (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**       CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
  (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**       CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
  (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                                              Appendix G



# Texas Department of Criminal Justice

**Bobby Lumpkin**
Executive Director

October 16, 2025

INMATE: BELL, RASHAD ROY   TDCJID: 01742944   Facility: ESTELLE

The Patient Liaison Program no longer accepts complaints from the inmate population. Your letter is being returned and you are directed to follow the below listed procedures if you chose to file a complaint about your health care (medical, dental and/or psychological).

The health care at the ESTELLE facility is the responsibility of the UTMB-CMHC.

Each facility has an Informal Complaint Process in place. If you have a medical, dental and or psychiatric related complaint, you must first attempt resolution through this process. You may submit an I-60 and or letter to the facility based Complaint Coordinator:   BUSINESS MANAGER.

Please allow sufficient time for a response. If you are dissatisfied with the response from this process you may proceed with the inmate grievance process (I-127 AND I-128). Remember that all inmate grievances must be submitted to your unit grievance office.

Please follow these procedures for all future complaints about your health care.

Sincerely,

TDCJ Health Services Division
Office of Professional Standards
Patient Liaison Program

MW/dv

Reference No. : 2500t0000000872

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate inmates into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
(936) 295-6371
www.tdcj.state.tx.us

I am Rhonda #02244 I kind of beat around on Estelle Unit. I am writing to request records but the main concern is the medical treatment that I have not been receiving do to the malpractice thats going on on this unit. I was shipped here Estelle unit July 28, 2024 for (practice) physical therapy per Dr. Ho from RMF Polunsky that I arrived on Estelle Unit as the mouth of August 8, 2024. The physicians order me, the bone specialist recommend me to physical therapy due to lack of movement strength and severe nerve damage to my leg. Left leg. The pain medication that I am on as 95 not helping and I have repeatedly wrote I-60's. I was told by a telecom Dr. a bone specialist that they was going to schedule me to go to the hospital at UTMB Galveston and that was around 4 months ago. I seen an orthopedic and we rescheduled for the second time for physical therapy and then a third time I was scheduled for physical therapy. To this date I haven't been to physical therapy and I have been on Estelle Unit since July 8, 2024. The reason I was shipped here was for physical therapy and to no avail. I have wrote a step and was told that they have been trying but its a security problem thats why medical haven't been able to bring me to my scheduled appointments. This is a medical unit and I'm not

getting whats required and the proper medical treatment. The unit is understaffed and putting my health at risk. My leg's stiffness as I walk and medical takes weeks to respond to sick calls and yet on September 10, 2025 I was pulled out by medical appts and was rescheduled for the 4th time for physical therapy. It has been over a year and I haven't been to physical therapy. Estelle Unit is detrimental to my health and due to the lack of staffing, malpractice and security I am not receiving the medical treatment that I was sent here to receive. I have written a step 1 and medical put of an on security so I have written a step 2 and haven't heard anything back. My call quickstate my situation since arriving and it will show that I am not being treated and lack it. I was sent here per a medical Dr. as of needed to be on a medical unit and I have yet to be treated. I've asked for my step 1 and step 2 to resolve conflict, way I be shipped to a medical facility thats going to long to treat my needs.

Rasheed J Bell
9·30·25

RECEIVED
OCT 15 2025
Office of the
Independent Ombudsman