United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| RASHAD BELL, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-05647 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| LORI MCBRIDE, *et al*, | § | |
| Defendants. | § | |

### OPINION AND ORDER ON DISMISSAL

Plaintiff Rashad Bell is an inmate of the Texas Department of Criminal Justice—Correctional Institutions Division. He proceeds here *pro se* and *in forma pauperis*.

He filed this civil-rights action under 42 USC §1983 against physical therapists Lori McBride and Giriraj Ravichandran and the University of Texas Medical Branch, alleging that they violated his civil rights by failing to provide him with proper physical therapy. Dkt 1.

As part of the screening required by 28 USC §1915A, Plaintiff was ordered to file a supplemental statement of his claims. Dkt 11. The order included specific questions for Plaintiff to answer under oath. It also advised him that this action was subject to dismissal without prejudice for want of prosecution if he didn't comply.

Plaintiff hasn't complied, and his time to do so has expired. Under the inherent powers necessarily vested in a district court to manage its own affairs, this action will be dismissed for want of prosecution. FRCP 41(b); *Link v Wabash Railroad*, 370 US 626, 630-31 (1962); *Larson v Scott*, 157 F3d 1030, 1031 (5th Cir 1998); James W. Moore, *et al*, 8 *Moore's Federal Practice* §41.51(3)(b) & (e) (Matthew Bender 3d ed 2017).

The Court will grant relief upon a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. See *Link*, 370 US at 635. A proper showing requires, at minimum, compliance with the Court's prior order.

The civil action filed by Plaintiff Rashad Bell is DISMISSED WITHOUT PREJUDICE. Dkt 1.

All pending motions are DENIED AS MOOT.

SO ORDERED.

Signed on ___July 14, 2026___, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2